### SOWA, et v SCHAEFER

Ohio Appeals, 8th Dist, Cuyahoga Co
Decided April 20, 1931

For full opinion see 38 Oh Ap 522 (Oh Bar 9-8-31).